IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 119 S. FAWCETT, SIOUX CITY, WOODBURY COUNTY, IOWA,<br><br>    Defendant. | **No. 06-CV-4017-DEO**<br><br>**ORDER** |

This matter is before the Court pursuant to, "Motion To Dismiss" (Docket No. 27). In said motion, the Government requests, pursuant to Federal Rules Of Civil Procedure 41(a)(2), that the Court issue an Order dismissing with prejudice the civil forfeiture action against the above-described real property address for the reason that, "the parties have come to a resolution concerning this matter."

**IT IS THEREFORE HEREBY ORDERED** that the Government's motion to dismiss (Docket No. 27) hereby **sustained.** The above-entitled civil forfeiture action is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 22nd day of March, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa