IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-CV-4017-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| REAL PROPERTY LOCATED AT | ) | IN A CIVIL CASE |
| 119 S. FAWCETT, SIOUX CITY, | ) | |
| WOODBURY COUNTY, IOWA, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff take nothing and this action is dismissed with prejudice.

Dated: March 22, 2007         PRIDGEN J. WATKINS
                              Clerk

                              /s/ des
                              _____
                              (By) Deputy Clerk